1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VINCE MING WAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No. CR 06-0426 SI

12              Plaintiff,
                                      **STIPULATION AND [PROPOSED]
13         v.                         ORDER RE: TRANSFER OF
                                      SECURED BOND AND CONDITIONS
14 VINCE MING WAN et al.,             OF RELEASE**

15              Defendants.
   _____/
16

17

18      In that Vince Ming Wan is no longer named in the Second Superseding Indictment

19 in case number CR 05-0375 SI, and is now named in the Indictment in case number CR 06-

20 0426 SI, the **PARTIES DO HEREBY STIPULATE** and respectfully request that:

21      The secured bond for Mr. Vince Ming Wan in CR 05-0375 SI be exonerated and a

22 deed of reconveyance be executed by the Clerk's Office and that the sureties promptly

23 //
24 //
25 //
26 //
27 //
28 //

execute a new deed of trust and promissory note to secure the bond in CR 06-0426 SI

Dated: 8/1/06

/s/ Douglas Horngrad
DOUGLAS I. HORNGRAD
Attorney for Defendant
VINCE MING WAN

Dated: 8/1/06

/s/ Andrew Scoble
ANDREW M. SCOBLE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 8/3/06

HON. SUSAN ILLSTON
Judge, United States District Court

Dated: 2 Aug 06

HON. BERNARD ZIMMERMAN
Magistrate Judge, United States District Court

- 2 -