1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
       450 Golden Gate Ave.
6      San Francisco, California  94102
       Telephone:  (415) 436-6401
7      Fax:  (415) 436-6982
       E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14

15 | UNITED STATES OF AMERICA,        )  No. CR 06-0426 SI
                                      )
16 |        Plaintiff,                )  STIPULATION EXCLUDING TIME
                                      )  UNDER SPEEDY TRIAL ACT
17 |    v.                            )  COMPUTATION; AND [PROPOSED]
                                      )  ORDER
18 | VINCE MING WAN,                  )
         a/k/a Nelson Wan,            )
19       a/k/a Phillip Hoang,         )
    ALEX WAI SHING FONG.              )
20  PHUNG VAN NGUYEN,                 )
    KITTY YEE LI,                     )
21  JAY YUAN,                         )
    MICHAEL YUK LAM LEUNG, and        )
22  EDWIN GORDON TOY,                 )
                                      )
23 |        Defendants.               )
   |_____

24
                              STIPULATION
25
       The parties, through undersigned counsel, agree that additional time is needed to pursue
26
   formal and informal settlement conferences in the above-referenced matter, and thus request that
27
   the status hearing in this case presently set for April 18, 2008 be continued to May 23, 2008 at
28
   11:00 a.m.

   Speedy Trial Act Stipulation and Order          1

Furthermore, the parties agree that the case is legally and factually complex and because of the additional time needed to participate in the settlement conferences and to ensure effective preparation, the parties also agree that the period between April 18, 2008, through and including May 23, 2008, should be excluded from the otherwise applicable Speedy Trial Act, 18. U.S.C. § 3161.

Dated: April 16, 2008     JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Nicole Kim
NICOLE M. KIM
ANDREW M. SCOBLE
Assistant United States Attorneys

Dated: April 16, 2008     /s/ Douglas Horngrad
DOUGLAS HORNGRAD
Attorney for Defendant Wan

Dated: April 16, 2008     /s/ Claire Leary
CLAIRE LEARY
Attorney for Defendant Fong

Dated: April 16, 2008     /s/ Tony Tamburello
TONY TAMBURELLO
Attorney for Defendant Nguyen

Dated: April 16, 2008     /s/ John Hemann
JOHN HEMANN
Attorney for Defendant Li

Dated: April 16, 2008     /s/ Randy Sue Pollack
RANDY SUE POLLACK
Attorney for Defendant Yuan

Dated: April 16, 2008     /s/ Juliana Drous
JULIANA DROUS
Attorney for Defendant Leung

Speedy Trial Act Stipulation and Order     2

|     |                                                                                    |
| --- | ---------------------------------------------------------------------------------- |
| 1   | [PROPOSED] ORDER                                                                   |
| 2   | Based upon the above Stipulation, THE COURT HEREBY FINDS THAT the ends of         |
| 3   | justice served by granting a continuance from April 18, 2008 through May 23, 2008 outweigh the |
| 4   | best interests of the public and the defendants in a speedy trial, and that the case is legally and |
| 5   | factually complex, and the parties need additional time to participate in formal and informal |
| 6   | settlement conferences in the case, that it is unreasonable to expect adequate preparation for |
| 7   | pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the |
| 8   | Speedy Trial Act, within the meaning of 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv). |
| 9   | ACCORDINGLY, THE COURT ORDERS THAT:                                                |
| 10  | 1. This case is continued to May 23, 2008 at 11:00 a.m. for status and for        |
| 11  | reporting of the progress on plea discussions (including the expected timing of   |
| 12  | any ongoing plea discussions), and for possible setting of motions and trial dates. |
| 13  | 2. The period from April 18, 2008 through May 23, 2008 is excluded from the       |
| 14  | otherwise applicable Speedy Trial computation, pursuant to 18 U.S.C. §§           |
| 15  | 3161(h)(8)(A) and (B)(ii) and (iv).                                                |
| 16  | IT IS SO ORDERED.                                                                  |

Dated: _____
HON. SUSAN ILLSTON
United States District Judge

Speedy Trial Act Stipulation and Order            3