1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
6      450 Golden Gate Ave.
       San Francisco, California  94102
7      Telephone:  (415) 436-6401
       Fax:  (415) 436-6982
8      E-Mail: nicole.kim@usdoj.gov

   Attorneys for Plaintiff

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION


   UNITED STATES OF AMERICA           )   Crim. No. 06-426 SI
                                      )
           Plaintiff,                 )
                                      )
   v.                                 )
                                      )
                                      )
   VINCE MING WAN,                    )   (PROPOSED) ORDER EXCLUDING
       a/k/a Nelson Wan,              )   TIME FROM SPEEDY TRIAL ACT
       a/k/a Phillip Hoang,           )   COMPUTATION
   ALEX WAI SHING FONG.               )
   PHUNG VAN NGUYEN,                  )
   KITTY YEE LI,                      )
   JAY YUAN, and                      )
   MICHAEL YUK LAM LEUNG,             )
                                      )
           Defendants.                )
   _____)
                                      )


        The parties appeared before the Court on May 23, 2008 at 11:00 a.m.  Defendant

   Alex Fong appeared in custody with his attorney Claire Leary; Vince Wan appeared with his

   attorney Douglas Horngrad; Kitty Li appeared with her attorney John Hemann; Phung Van

   Nguyen appeared with his attorney Tony Tamburello; Michael Leung appeared with attorney

   Claire Leary, who specially appeared for attorney Juliana Drous; and Jay Yuan appeared with

   Speedy Trial Act Stipulation and Order           1

attorney Tony Tamburello, who appeared specially for attorney Randy Sue Pollack. The United States appeared through Assistant U.S. Attorneys Andrew M. Scoble and Nicole M. Kim.

At the hearing, the parties jointly requested the setting of motion dates. Government counsel added that plea discussions with defendants will continue to the extent possible.

The parties further agreed, with their attorneys' concurrence, that defense motions will be filed on or before June 27, 2008, the Government will file its opposition on or before July 25, 2008, and any reply will be filed on or before August 12, 2008. The parties further requested a motions hearing on August 22, 2008 at 11:00 a.m. Due to the filing of motions, as well as for continuity of counsel, it is appropriate to exclude from the otherwise applicable Speedy Trial Act computation the period from May 23, 2008 through June 27, 2008, because the legal and factual complexity of the case renders it unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act.

Based upon the above-described representations and the parties' agreement in open Court, THE COURT HEREBY FINDS THAT the ends of justice served by granting the continuance from May 23, 2008 through June 27, 2008 outweigh the best interests of the public and the defendants in a speedy trial, and that the case is so legally and factually complex, due to the nature of the prosecution (including the volume and range of discovery, and the nature of the underlying investigation), and the number of defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. §§ 3161(h)(8)(A), and (B)(ii) and (iv).

ACCORDINGLY, THE COURT ORDERS THAT:

1. This case is continued to June 27, 2008, the date by which defense motions will be filed in connection with this case. The Government will file its opposition on or before July 25, 2008, and any reply will be filed on or before August 12, 2008. The motions hearing will be on August 22, 2008 at 11:00 a.m.

2. The period from May 23, 2008 through June 27, 2008 is excluded from the

otherwise applicable Speedy Trial computation, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

DATED: _____, 2008

_____
HON. SUSAN ILLSTON
United States District Judge

Speedy Trial Act Stipulation and Order          3