DOUGLAS I. HORNGRAD
Attorney at Law
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
VINCE MING WAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCE MING WAN, ALEX WAI SHING FONG, PHUNG VAN NGUYEN, KITTY YEE LI, JAY YUAN, MICHAEL YUK LAM LEUNG, and EDWIN GORDON TOY,<br><br>　　　　Defendants.<br>_____/ | Case No. CR 06-0426 SI<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTIONS HEARING AND ALTER BRIEFING SCHEDULE AND EXCLUDE TIME** |

　　　　WHEREAS the United States Attorney's Office of the Northern District of California conferred with counsel for Vince Wan, Alex Fong, Michael Leung, and Kitty Li (collectively, the "Parties") regarding scheduling and further attempts to resolve this matter.

　　　　WHEREAS, defense motions currently are scheduled to be heard on August 22, 2008 at 11:00 a.m., with defense motions having been due on June 27, 2008, opposition briefs due on July 25, 2008, and reply briefs due on August 12, 2008.

　　　　WHEREAS, the Parties wish to continue discussions regarding possible resolution of the case and counsel for the defendants require additional time to complete review of voluminous discovery prior to filing their motions.

1  WHEREAS, the Parties previously stipulated and proposed a new hearing date and
2  briefing schedule, where counsel for Vince Wan, in error, stipulated to a new hearing date
3  of September 12, 2008, and counsel for Mr. Wan also having been informed by the Court's
4  clerk that September 12, 2008, in fact may be unavailable, and the Court's clerk having
5  advised that the Parties file their request for September 19, 2008,

6  THE PARTIES hereby agree and respectfully request that the motions hearing be
7  postponed to September 19, 2008, at 11:00 a.m., with defense motions due July 18, 2008,
8  opposition briefs due August 15, 2008, and reply briefs due September 2, 2008.

9  THE PARTIES FURTHER hereby agree and respectfully request that the period from
10 June 27, 2008, through September ~~19,~~ 22, 2008, be excluded from the otherwise applicable
11 Speedy Trial computation, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv).

13 IT IS SO STIPULATED

15 Dated: 7/7/08                           U.S. ATTORNEY'S OFFICE

                                          By    /s/ Nicole Kim
                                                NICOLE KIM
                                                Attorney for Plaintiff
                                                UNITED STATES OF AMERICA

20 Dated: 7/7/08                           LAW OFF OF DOUGLAS I. HORNGRAD

                                          By    /s/ Douglas I. Horngrad
                                                DOUGLAS I. HORNGRAD
                                                Attorney for Defendant
                                                VINCE MING WAN

25 Dated: 7/7/08                           MORGAN LEWIS & BOCKIUS LLP

                                          By    /s/ John H. Hemann
                                                JOHN H. HEMANN
                                                Attorney for Defendant
                                                KITTY YEE LI
//

- 2 -

| | | |
|---|---|---|
| Dated: 7/7/08 | | LAW OFFICE OF CLAIRE LEARY |
| | By | /s/ Claire Margaret Leary<br>CLAIRE MARGARET LEARY<br>Attorney for Defendant<br>ALEX WAI SHING FONG |
| Dated: 7/7/08 | | LAW OFFICE OF JULIANA DROUS |
| | By | /s/ Juliana Drous<br>JULIANA DROUS<br>Attorney for Defendant<br>MICHAEL YUK LAM LEUNG |

**IT IS SO ORDERED**

Dated: _____   _____
**HON. JUDGE SUSAN ILLSTON**
**UNITED STATES DISTRICT COURT**