JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
MICHAEL YUK LAM LEUNG

FILED
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0426 SI |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: MODIFICATION OF TRAVEL CONDITIONS** |
| VINCE MING WAN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant MICHAEL YUK LAM LEUNG's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, can be modified such that defendant LEUNG can travel from the San Francisco Bay Area to Las Vegas, Nevada, leaving the San Francisco Bay Area on August 26, 2008, and returning on August 29, 2008. Defendant Leung shall provide an itinerary and contact number to Pre-trial Services Officer Betty Kim. Officer Kim has been consulted regarding this matter and has stated she has no objections to this plan.

Dated: July 23, 2008

JULIANA DROUS
Attorney for Defendant
MICHAEL YUK LAM LEUNG

Dated: July 23, 2008

NICOLE KIM
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 8/1/08

HONORABLE SUSAN ILLSTON
Judge, U.S. District Court

ORDER RE: MODIFICATION OF TRAVEL CONDITIONS