JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
MICHAEL YUK LAM LEUNG

FILED
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCE MING WAN, et al.,<br><br>    Defendants. | No. CR 06-0426 SI<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF TRAVEL CONDITIONS** |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant MICHAEL YUK LAM LEUNG's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, can be modified such that defendant LEUNG can travel from the San Francisco Bay Area to Las Vegas, Nevada, leaving the San Francisco Bay Area on August 26, 2008, and returning on August 29, 2008. Defendant Leung shall provide an itinerary and contact number to Pre-trial Services Officer Betty Kim. Officer Kim has been consulted regarding this matter and has stated she has no objections to this plan.

Dated: July 23, 2008

_____
JULIANA DROUS
Attorney for Defendant
MICHAEL YUK LAM LEUNG

Dated: July 23, 2008

_____
NICOLE KIM
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 8/1/08

_____
HONORABLE SUSAN ILLSTON
Judge, U.S. District Court

ORDER RE: MODIFICATION OF TRAVEL CONDITIONS

JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
MICHAEL YUK LAM LEUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 06-0426 SI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATION OF TRAVEL CONDITIONS** |
| vs. | |
| VINCE MING WAN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant MICHAEL YUK LAM LEUNG's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, can be modified such that defendant LEUNG can travel from the San Francisco Bay Area to Las Vegas, Nevada, leaving the San Francisco Bay Area on September 1, 2007, and returning on September 7, 2007. Defendant Leung shall provide an itinerary and contact number to Pre-trial Services Officer Paul Mamaril. Officer Mamaril has been consulted regarding this matter and has stated he has no objections to this plan.

Dated: August 7, 2007

/s/
JULIANA DROUS
Attorney for Defendant
MICHAEL YUK LAM LEUNG

Dated: August 8, 2007

/s/
ANDREW M. SCOBLE
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 7/25/08

HONORABLE SUSAN ILLSTON
Judge, U.S. District Court

ORDER RE: MODIFICATION OF TRAVEL CONDITIONS

Juliana Drous

214 Duboce Avenue, San Francisco, CA 94103 • Phone (415) 863-3580 • Fax (415) 255-8631

Attorney at Law

July 25, 2008

Hon. Susan Illston
Judge, United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  *United States v. Michael Yuk Lam Leung*
     CR-06-0426 SI

Dear Judge Illston:

Mr. Leung is requesting permission to travel to Las Vegas for a vacation with his girlfriend. He would like to leave the Bay Area on August 26, 2008, and return on August 29, ,2008. I have discussed this with his pre-trial service officer, Betty Kim, who has no objection to this travel. I have enclosed a stipulation and proposed order authorizing this trip. Mr. Leung has been instructed to provide an itinerary to Ms. Kim stating where he will be staying while he is out of the Bay Area. Thank you for your consideration on this matter.

Very truly yours,

JULIANA DROUS

cc: AUSA Andrew Scoble