United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0426 SI |
| Plaintiff, | **ORDER DENYING MOTIONS** |
| v. | |
| VINCE MING WAN, *et al.*, | |
| Defendants. | |

On November 3, 2008, the Court held a hearing on a number of motions filed by defendants. After consideration of the parties' papers and the arguments of counsel, the Court rules as follows:

The Court DENIES defendant's motion to suppress the search of 445 Judah Street, San Francisco, finding that the search warrant affidavit was supported by probable cause. The Court DENIES defendant Wan's motion for severance because he has not shown that he would be prejudiced by a joint trial with the remaining defendants, and because judicial efficiency weighs in favor of a joint trial. The Court DENIES defendant's motion to identify and produce an informer in light of the fact that the government has already disclosed the identity of that informer. The Court DENIES defendant's motion to dismiss the indictment on due process grounds. *See United States v. Delgado*, 357 F.3d 1061, 1066 (9th Cir. 2004). Finally, to the extent the government has not already produced the documents sought, the Court DENIES defendant's motion for discovery without prejudice to defendant making a specific showing as to particular reports of interviews. (Docket Nos. 176, 178, 179, 180, 182, 184, &

187).[1]

**IT IS SO ORDERED.**

Dated: November 4, 2008

SUSAN ILLSTON
United States District Judge

---

[1] The parties agreed to meet and confer regarding the production of tax records within the government's possession, as well as possibly cooperating regarding issuing a subpoena to obtain defendant Wan's personal tax records.

2