1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
6   450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-6401
7   Fax: (415) 436-6982
    E-Mail:   nicole.kim@usdoj.gov
8
9  Attorneys for the United States of America

RECEIVED
OCT 7 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-0426 SI |
|---|---|
|  | ) STIPULATION AND [PROPOSED] |
|  | ) ORDER CONTINUING TRIAL |
| v. | ) |
| VINCE WAN, | ) |
| Defendant. | ) |

## STIPULATION

The parties, through undersigned counsel, STIPULATE that the trial in this matter be continued from October 19, 2009 to January 19, 2010 at 8:30 a.m. The reason for this continuance is that additional time is needed for trial preparation and defense counsel's unavailability due to his trial schedule. Therefore, the parties request that the trial in this case be continued to January 19, 2010 at 8:30 a.m., and that the pretrial conference be continued to January 12, 2010 at 3:30 p.m., with motions in limine and other trial filings to be filed in accordance with this Court's standard Order for Pretrial Preparation. Furthermore, the parties

STIPULATION; ORDER                1

agree that this case is legally and factually complex, and for that reason, as well as for effective preparation and continuity of counsel, it is appropriate to exclude from the otherwise applicable Speedy Trial Act computation the period from October 7, 2009 to January 19, 2010, because the legal and factual complexity renders it unreasonable to expect adequate preparation for pretrial proceedings and for trial within the otherwise applicable time limits set forth in the Speedy Trial Act.

Dated: October 7, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Nicole M. Kim

NICOLE M. KIM
Assistant United States Attorney

Dated: October 7, 2009

/s/ Stuart Hanlon

STUART HANLON
Attorney for Defendant Vince Wan

## [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The trial in this matter is continued to January 19, 2010 at 8:30 a.m.
2. The pretrial conference in this matter is continued to January 12, 2010 at 3:30 p.m., with motions in limine and other trial filings to be filed in accordance with this Court's standard Order for Pretrial Preparation.
3. The period from October 7, 2009 through January 19, 2010 is excluded from the otherwise applicable Speedy Trial computation, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv).

Dated: 10/8, 2009

HON. SUSAN ILLSTON
United States District Judge