STUART HANLON, SBN: 66104
LAW OFFICES OF HANLON & RIEF
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
VINCE WAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 06-0426 SI |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| v. | ) |
| VINCE WAN, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. WAN while on pretrial release, shall be allowed on November 25, 2010 to travel from San Francisco to Reno for purposes of a vacation. Mr. Wan will then return to San Francisco, California on November 27, 2010. All other conditions of pretrial release remain the same.

Dated: 15 Nov 2010

MAGISTRATE BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT

3